November 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

BYRD BROTHERS, INC. AND FARMINGTON CASUALTY CO., Appellants

NO. 14-13-00789-CV                    V.

MARSH BUGGIES, INC., Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on June 10, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Byrd Brothers, Inc. and Farmington Casualty Co.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.